UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DISTRICT

| | | |
|---|---|---|
| ANGELA MILLER, | ) | CASE NO:3:10-cv-385-WJH |
| | ) | |
| Plaintiff, | ) | Judge William J. Haynes, Jr. |
| | ) | |
| vs. | ) | |
| | ) | |
| RUDY'S FARM COMPANY | ) | |
| OF TENNESSEE, LLC, a | ) | |
| Limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

*[Handwritten order: ORDER. Tvs/Motion is DENIED. Local Counsel's appearance if deemed sufficient will [signature] 5-20-10]*

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR BY TELEPHONE FOR CASE MANAGEMENT CONFERENCE, SET FOR JUNE 7, 2010 and REQUEST THAT LOCAL COUNSEL FOR PLAINTIFF NOT APPEAR**

COMES NOW, Plaintiff, ANGELA MILLER, by and through the undersigned counsel and hereby moves this Honorable Court for telephonic appearance to the Scheduling Conference scheduled for **June 7, 2010 at 2:00 p.m.** before the **Honorable William J. Haynes, Jr.** and Request that Local Counsel for Plaintiff not appear, and as grounds therefore, state as follows:

1. Plaintiff's lead counsel is located in Hollywood, Florida.

2. The undersigned is hopeful that this matter can be resolved without the need for protracted, or highly contested litigation. As a result, undersigned counsel believes that it will be unnecessary and wasteful of resources to require Plaintiff's counsel to travel interstate for the Scheduling Conference.

3. The undersigned contacted the defense counsel who had no objection to the filing of this motion.

4. Many District Judges have granted my telephonic appearance in several other U.S. District Courts. Further, Plaintiff is being pragmatic and seeks to reduce the

1