UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DISTRICT

| | |
|---|---|
| ANGELA MILLER, ) | CASE NO:3:10-cv-385-WJH |
| ) | |
| Plaintiff, ) | Judge William J. Haynes, Jr. |
| ) | Magistrate Judge John S. Bryant |
| vs. ) | |
| ) | |
| RUDY'S FARM COMPANY ) | |
| OF TENNESSEE, LLC, a ) | |
| Limited liability company, ) | |
| ) | |
| Defendant. ) | |

## COURT ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR BY TELEPHONE FOR CASE MANAGEMENT CONFERENCE, SET FOR JULY 27, 2010 and REQUEST THAT LOCAL COUNSEL FOR PLAINTIFF NOT APPEAR

THIS CAUSE is before the Court upon the Plaintiff's Unopposed Motion For Leave to Appear by Telephone For the Case management Conference, Set for July 27, 2010, and Request that Local Counsel For Plaintiff Need Not Appear, and the Court having been fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is **Granted.**

DONE AND ORDERED in Chambers at Nashville, Tennessee on this 20th day of July, 2010.

*s/ John S. Bryant*
United States Magistrate Judge